**Kansky & Associates**
ATTORNEYS AT LAW

BERNARD A. KANSKY, ESQ.

THE CONSTITUTION WHARF BUILDING
468 COMMERCIAL STREET
Boston, Massachusetts 02109-1020

(617) 227-2020    TELECOPIER (617) 227-5717

May 19, 2005

United States District Court
District of Massachusetts
John Joseph Moakley Court House
One Court House Way - Suite #2500
Boston, MA 02210
(617/748-9171/FAX 617/748-9096)

Attn:    Richard Nici, Docket Clerk to The Honorable Douglas P. Woodlock

Re:    Kenneth M. Kansky
Vs:    Coca-Cola Bottling Company of New England, Inc., et als
No:    05-10908-DPW

Dear Sir:

Kindly forward to this office 4 additional Summonses with regard to the above matter.

We had forwarded the previous Summonses received from the Court, along with copies of the Complaint, to the resident agent(s) listed with the Secretary of State's Office to accept service for the Defendants in this case but to date, we have not received the Summonses back with return of service noted and now wish new Summonses to serve the Defendants directly.

Thank you very kindly.

Very truly yours,

BERNARD A. KANSKY
BAK/jt
Enclosures