# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>        Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>A/K/A CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>        Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

## STIPULATION REGARDING ADDITIONAL TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD

By agreement of the parties listed below, it is hereby stipulated that all defendants shall have additional time to answer or otherwise plead in response to the plaintiff's complaint, and that the answer or other responsive pleading of each defendant is now due to be filed on or before June 17, 2005.

*Stipulated and agreed to*
by counsel for Plaintiff:

_____
BERNARD A. KANSKY, ESQ.
MA BBO # 258040/ FEDERAL #28209
KANSKY & ASSOCIATES
ATTORNEYS AT LAW
468 COMMERCIAL STREET #100
BOSTON, MA 02109-1020
(617) 227-2020 FAX (617) 227-5717
BERAKAN@AOL.COM

*Stipulated and agreed to*
by counsel for Defendants:

_____
Stephen D. Rosenberg, BBO # 558415
**McCormack & Epstein**
One International Place -7th Floor
Boston, MA   02110
Ph:     617/951-2929
Fax:    617/951-2672

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Bernard Kansky, Esq. *[Attorney for Plaintiff]*
> **Kansky & Associates**
> 468 Commercial Street - #100
> Boston, MA   02109-1020

DATED this 6th day of June, 2005.

Stephen D. Rosenberg   [BBO# 558415]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
Ph:   617•951•2929
Fax:  617•951•2672

74148.1