# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>            Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>A/K/A CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>            Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

## NOTICE OF APPEARANCE
## OF COUNSEL FOR DEFENDANTS

---

**TO THE CLERK:**  Kindly enter our appearance in the above-captioned matter as counsel on behalf of defendants:

> Coca-Cola Bottling Company of New England,
> Coca-Cola Enterprises, Inc.,
> Coca-Cola Enterprises Long Term Disability Plan
> a/k/a Core Ltd Benefits,
> and
> Aetna Life Insurance Company,

>> Respectfully submitted,
>> The Defendants, by their attorneys,
>>
>> _/s/ Stephen D. Rosenberg_
>> Stephen D. Rosenberg       [BBO # 558415]
>> McCormack & Epstein
>> One International Place - 7th Floor
>> Boston, MA   02110
>> Ph:   617•951•2929
>> Fax:   617/951-2672

**Date:** June 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Counsel for Defendants has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Bernard Kansky, Esq. *[Attorney for Plaintiff]*
> **Kansky & Associates**
> 468 Commercial Street - #100
> Boston, MA    02109-1020

**DATED** this 4th day of June, 2005.

> _____
> Stephen D. Rosenberg    [BBO# 558415]
> **McCormack & Epstein**
> One International Place - 7th Floor
> Boston, MA    02110
> Ph:    617•951•2929
> Fax:   617•951•2672

74148.1