# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>　　　　Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>A/K/A CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>　　　　Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

## MOTION OF ALL DEFENDANTS TO STRIKE JURY DEMAND

All of the defendants hereby move the Court for an order striking the jury demand contained in the plaintiff's complaint in this action. As grounds therefore, the defendants rely upon the accompanying Memorandum in Support of their Motion to Strike, which is also being filed this day, and which contains a statement of reasons, including citation of supporting authorities, why this motion should be granted.

### REQUEST FOR ORAL ARGUMENT

The defendants request that this Court hear oral argument on this motion.

**WHEREFORE,** all defendants move this Court for an order striking the plaintiff's jury demand.

Respectfully submitted,

The Defendants, by their attorneys,

Date: June 17th, 2005

Stephen D. Rosenberg    [BBO # 558415]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
Ph:   617•951•2929
Fax:  617•951•2672

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion to Strike Jury Demand** has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

>Bernard Kansky, Esq. *[Attorney for Plaintiff]*
>**Kansky & Associates**
>468 Commercial Street - #100
>Boston, MA    02109-1020

DATED this 17th day of June, 2005.

>_____
>Stephen D. Rosenberg    [BBO# 558415]
>**McCormack & Epstein**
>One International Place - 7th Floor
>Boston, MA    02110
>Ph:    617•951•2929
>Fax:   617•951•2672

#74450v1<MEBOS> -Kansky v. Aetna - MOTION TO STRIKE