UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KENNETH M. KANSKY,
        Plaintiff,

v.

COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,
COCA-COLA ENTERPRISES, INC.,
COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN
A/K/A CORE LTD BENEFITS,
AND AETNA LIFE INSURANCE COMPANY,
        Defendants.

CIVIL ACTION NO.

05-10908 DPW

## NOTICE OF CHANGE OF FIRM NAME

To the Clerk and All Counsel of Record:

    The name of the firm of the undersigned counsel has changed effective September 1, 20
The new firm name is **The McCormack Firm, LLC**. Updated contact information is as follow

        Stephen D. Rosenberg
        **The McCormack Firm, LLC**
        One International Place - 7th Floor
        Boston, MA   02110
        Ph:   617/951-2929
        Fax:  617/951-2672
        E-mail: srosenberg@mccormackfirm.com

        Respectfully submitted,

        _____
        Stephen D. Rosenberg
        The McCormack Firm, LLC
        One International Place - 7th Floor
        Boston, MA   02110
        Ph:   617/951-2929
        Fax:  617/951-2672

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Change of Firm Name* has be served upon counsel for all parties of record by placing a copy hereof, postage prepaid, in the L Mail, addressed to:

> Bernard Kansky, Esq.
> **Kansky & Associates**
> 468 Commercial Street - #100
> Boston, MA   02109-1020

DATED this ___ day of September, 2005.

Stephen D. Rosenberg