# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>　　　　Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC., COCA-COLA ENTERPRISES<br>LONG TERM DISABILITY PLAN<br>A/K/A CORE LTD BENEFITS,<br>AND AETNA LIFE INSURANCE COMPANY,<br>　　　　Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

## DEFENDANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATION

We hereby certify that defendants' counsel and appropriate representatives of the defendants have conferred with a view towards establishing a budget for this litigation and concerning the use of alternative dispute resolution proceedings in this matter.

Dated: October 4, 2005

Counsel for Defendants:

_____
Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place - 7th Floor
Boston, MA   02110
Ph:   617/951-2929
Fax:  617/951-2672

Authorized Representative of Defendant Aetna, Inc.:

_____
Arthur Palmunen, Esq.

Authorized Representative of Defendant
**Coca Cola Enterprises, Inc.:**

_____
John Phillips,
Vice President and Deputy General Counsel

77153.1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Local Rule 16.1(D)(3) Certificate* c has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postag prepaid, addressed to:

Bernard Kansky, Esq. *[Attorney for Plaintiff]*
**Kansky & Associates**
468 Commercial Street - #100
Boston, MA 02109-1020

**DATED** this 4th day of October, 2005.

Stephen D. Rosenberg [BBO# 558415
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA 02110
**Ph:** 617•951•2929
**Fax:** 617•951•2672