UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>        Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>a/k/a CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>        Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

**JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT FILING DEADLINE**
_____

The parties hereby jointly move this Court for an order extending the current deadline of October 30, 2005 for the filing of summary judgment motions to November 30, 2005. As support for this motion, the parties state as follows:

1. The current scheduling order required the administrative record to be produced to the plaintiff by the defendants on or before September 30, 2005. The administrative record was timely compiled and produced.

2. The administrative record that has been produced is voluminous, and the parties believe that additional time to review it will allow for superior briefing by the parties of the dispositive issues. The administrative record consists of three bound volumes and of just under 1200 pages of relevant records.

3. Counsel for both parties have a number of other briefs and other related commitments before this and other courts during the month of October, and would benefit as a result from an additional month for preparing and filing dispositive motions.

4. The parties believe that the additional time will allow them to present the Court with more focused dispositive briefs, allowing for the most efficient use of the Court's resources.

5. The parties have not previously requested an extension of any of the deadlines imposed in this action.

**WHEREFORE,** the parties respectfully request that the Court revise the current scheduling order to require filing of dispositive motions on November 30, 2005, rather than on October 30, 2005, as currently required by the Court.

Respectfully submitted,

| by counsel for Plaintiff: | by counsel for Defendants: |
|---|---|
| /s/  Bernard Kansky | /s/  Stephen D. Rosenberg |
| Bernard Kansky<br>**Kansky & Associates**<br>468 Commercial Street - #100<br>Boston, MA    02109-1020 | Stephen D. Rosenberg<br>**The McCormack Firm**<br>One International Place -7th Floor<br>Boston, MA    02110<br>Ph:    617/951-2929<br>Fax:   617/951-2672 |

78079.1