UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>             Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>A/K/A CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>             Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

MOTION OF ALL DEFENDANTS
FOR SUMMARY JUDGMENT
_____

All of the defendants hereby move the Court for entry of summary judgment in their favor on all remaining counts in the plaintiff's complaint. As grounds therefore, the defendants rely upon their accompanying Memorandum in Support of their Motion for Summary Judgment, which is also being filed this day, and which contains a statement of reasons, including citation of supporting authorities, why this motion should be granted. The defendants further rely on the accompanying Local Rule 56.1 Statement of Material Facts Not in Dispute, which is also being filed this day.

**REQUEST FOR ORAL ARGUMENT**

The defendants request that this Court hear oral argument on this motion.

**WHEREFORE,** all defendants move this Court for summary judgment in their favor.

Respectfully submitted,

The Defendants, by their attorneys,

**Date:** November 30, 2005            <u>*/s/   Stephen D. Rosenberg*       </u>
Stephen D. Rosenberg        [BBO # 558415]
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617•951•2929
Fax:   617•951•2672

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion of All Defendants for Summary Judgment, and its accompanying Memorandum in Support, Local Rule 56.1 Statement of Undisputed Facts, Appendix of Excerpts from Administrative Record, and Local Rule 7.1(A)(2) Certification** were served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Bernard Kansky, Esq. *[Attorney for Plaintiff]*
> **Kansky & Associates**
> 468 Commercial Street - #100
> Boston, MA    02109-1020

**DATED** this 30th day of November, 2005.

> /s/  Stephen D. Rosenberg
> Stephen D. Rosenberg     [BBO# 558415]
> **The McCormack Firm, LLC**
> One International Place - 7th Floor
> Boston, MA    02110
> Ph:    617•951•2929
> Fax:   617•951•2672

79497.1

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH M. KANSKY,<br>        Plaintiff,<br><br>v.<br><br>COCA-COLA BOTTLING COMPANY OF NEW ENGLAND,<br>COCA-COLA ENTERPRISES, INC.,<br>COCA-COLA ENTERPRISES LONG TERM DISABILITY PLAN<br>a/k/a CORE LTD BENEFITS,<br>AND<br>AETNA LIFE INSURANCE COMPANY,<br>        Defendants. | CIVIL ACTION NO.<br><br>05-10908 DPW |

**COUNSEL FOR DEFENDANTS'**
**LOCAL RULE 7.1(A)(2) CERTIFICATION REGARDING**
**MOTION FOR SUMMARY JUDGMENT**

_____

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the above-named Defendants certifies that counsel for the respective parties have conferred and have attempted to resolve or narrow the issues presented by Defendants' motion for summary judgment, including the primary issue of whether the preexisting condition exclusion applies to the underlying circumstances. The parties have not been able to reach an accord as to these issues; therefore, the Defendants are filing the accompanying motion for summary judgment.

Respectfully submitted,

Counsel for Defendants:

**Dated:**  November 30, 2005

/s/ *Stephen D. Rosenberg*
Stephen D. Rosenberg        [BBO #558415]
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617/951-2929
Fax:    617/951-2672