```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


KENNETH M. KANSKY,                    )
        Plaintiff,                    )
                                      )
                                      )   CIVIL ACTION NO.
        v.                            )   05-10908-DPW
                                      )
                                      )
COCA-COLA BOTTLING COMPANY OF         )
NEW ENGLAND, COCA-COLA ENTERPRISES,)
INC., COCA-COLA ENTERPRISES LONG      )
TERM DISABILITY PLAN A/K/A CORE       )
LTD BENEFITS, and AETNA LIFE          )
INSURANCE COMPANY,                    )
        Defendants.                   )
```

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated May 1, 2006, granting he defendants' Motion for Summary Judgment on all counts, and denying the plaintiff's Motion for Summary Judgment on all counts, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**


                                BY THE COURT,

                                /s/ Michelle Rynne
                                Deputy Clerk

DATED: May 2, 2006