UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
KENNETH M. KANSKY,                          )
             Plaintiff                      )
                                            )   **CIVIL ACTION  NO.**
v.                                          )
                                            )
COCA-COLA BOTTLING COMPANY                  )   **05-10908 DPW**
OF NEW ENGLAND,                             )
COCA-COLA ENTERPRISES, INC.,                )
COCA-COLA ENTERPRISES LONG-TERM             )   **UNDER SEAL**
DISABILITY PLAN A/K/A CORE LTD BENEFITS,    )
AND                                         )
AETNA LIFE INSURANCE COMPANY,               )
             Defendants                     )
_____)

## PLAINTIFF'S NOTICE OF AND CLAIM OF APPEAL SUBJECT TO PENDING RULE 59(e) MOTION

Subject to the ruling of the court on the Plaintiff's Motion for Rule 59(e) Relief, filed on May 10, 2006, notice is hereby given by Kenneth M. Kansky, Plaintiff in the above named action hereby appealing to the United States Court of Appeals For The First Circuit, from the Memorandum and Order and from the Final Judgment denying the Plaintiff his ERISA long-term and related benefits, which Memorandum and Order and Final Judgment were dated May 1, 2006 and docketed May 2, 2006.

Dated: June 1, 2006                The Plaintiff  Kenneth M. Kansky,
                                   By His Attorney:

                                   s/Bernard A. Kansky, Esq.
                                   BERNARD A. KANSKY, ESQ.
                                   MA BBO # 258040/FED#28209
                                   KANSKY & ASSOCIATES
                                   ATTORNEYS AT LAW
                                   468 COMMERCIAL ST #100
                                   BOSTON, MA 02109-1020
                                   (617) 227-2020/FAX (617) 227-5717
                                   BERAKAN@AOL.COM

-2-

CERTIFICATE OF SERVICE

I, the undersigned counsel for the Plaintiff, Kenneth M. Kansky, do hereby certify that a copy of the foregoing Notice of and Claim of Appeal was served upon opposing counsel, Stephen D. Rosenberg, Esq., The McCormack Firm, LLC, One International Place 7th Floor, Boston, MA 02110 (617) 951-2929/ Fax (617) 951-2672,  by postage prepaid first class United States Mail and/or by Fax and/or by Electronic Filing on the month , day and year set forth below.

Dated: June 1, 2006            *s/Bernard A. Kansky, Esq.*
                               BERNARD A. KANSKY, ESQ.
                               AS ATTORNEY FOR KENNETH
                               M. KANSKY, PLAINTIFF

Document Produced by deskPDF Unregistered :: http://www.docudesk.com