UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
KENNETH M. KANSKY,                  )
       Plaintiff                )
                                )   **CIVIL ACTION  NO.**
v.                                  )
                                )
COCA-COLA BOTTLING COMPANY          )   **05-10908 DPW**
OF NEW ENGLAND,                     )
COCA-COLA ENTERPRISES, INC.,        )
COCA-COLA ENTERPRISES LONG-TERM     )   **UNDER SEAL**
DISABILITY PLAN A/K/A CORE LTD BENEFITS, )
AND                                 )
AETNA LIFE INSURANCE COMPANY,       )
       Defendants               )
_____)

**PLAINTIFF'S  AMENDED NOTICE AND CLAIM OF APPEAL**

The Court on June 8, 2006, having denied the Plaintiff's Motion For Reconsideration of the Plaintiff's Rule 59(e) Motion For Relief; and the Court having denied on June 5, 2006, the Plaintiff's Rule 59(e) Motion For Relief, notice is hereby given by Kenneth M. Kansky, Plaintiff, in the above action that the said Plaintiff hereby files this Amended Notice and Claim of Appeal to now also include and incorporate the District Court's above denials in addition to the original denial of the Plaintiff's ERISA long-term disability benefits pursuant to the Court's Memorandum and Order and its Final Judgment issued on May 1, 2006 and docketed on May 2, 2006.

From these and all prior adverse rulings, the Plaintiff does hereby appeal all of said adverse rulings and decisions to the United States Court of Appeals For  The First Circuit.

The full filing fee of $455. having previously been paid,  no further filing fee is required.
.

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

-2-

| | |
|---|---|
| Dated: June 20, 2006 | The Plaintiff Kenneth M. Kansky,<br>By His Attorney: |
| | *s/Bernard A. Kansky, Esq.*<br>BERNARD A. KANSKY, ESQ.<br>MA BBO # 258040/FED#28209<br>KANSKY & ASSOCIATES<br>ATTORNEYS AT LAW<br>468 COMMERCIAL ST #100<br>BOSTON, MA 02109-1020<br>(617) 227-2020/FAX (617) 227-5717<br>BERAKAN@AOL.COM |

CERTIFICATE OF SERVICE

I, the undersigned counsel for the Plaintiff, Kenneth M. Kansky, do hereby certify that a copy of the foregoing Amended Notice and Claim of Appeal was served upon opposing counsel, Stephen D. Rosenberg, Esq., The McCormack Firm, LLC, One International Place 7th Floor, Boston, MA 02110 (617) 951-2929/ Fax (617) 951-2672, by postage prepaid first class United States Mail and/or by Fax and/or by Electronic Filing on the month , day and year set forth below.

| | |
|---|---|
| Dated: June 20, 2006 | *s/Bernard A. Kansky, Esq.*<br>BERNARD A. KANSKY, ESQ.<br>AS ATTORNEY FOR KENNETH<br>M. KANSKY, PLAINTIFF |