# United States Court of Appeals
## For the First Circuit

---

No. 06-2042

KENNETH M. KANSKY,

Plaintiff, Appellant,

v.

COCA-COLA BOTTLING COMPANY OF NEW ENGLAND;
COCA-COLA ENTERPRISES INC.; COCA-COLA ENTERPRISES LONG-TERM
DISABILITY PLAN, a/k/a CORE LTD BENEFITS; AETNA LIFE INSURANCE COMPANY,

Defendants, Appellees.

---

**JUDGMENT**

Entered: June 29, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_/s/_
Deputy Clerk

Date: 8/24/07

By the Court:

MARGARET CARTER
_____
Margaret Carter, Chief Deputy Clerk

[cc: Bernard A. Kansky, Esq., Stephen D. Rosenberg, Esq., Eric L. Brodie, Esq.]